## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

WILBERT LEZELL JOHNSON,
ADC #84494                                                                                          PLAINTIFF

v.                                         1:15CV00056-JM-JTK

RICHARD, et al.                                                                                  DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that

1. Plaintiff's retaliation, disciplinary, and grievance claims are DISMISSED without prejudice.

2. Defendants Baker, Banister, Faust, Banks, Evans, Naylor, Lawrence, and Griffin, are DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of May, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE