## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

WILBERT LEZELL JOHNSON,
ADC #84494                                                                                        PLAINTIFF

v.                                            1:15CV00056-JM-JTK

RICHARD, et al.                                                                                DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Preliminary Injunction (Doc. No. 17), and for Declaratory Judgment and Injunctive Relief, which this Court construes as a Motion for Preliminary Injunction (Doc. No. 69) are DENIED.

IT IS SO ORDERED this 7th day of December, 2015.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE