**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

WILBERT LEZELL JOHNSON                                                                 PLAINTIFF

v.                                           1:15CV00056-JM-JTK

SHAWN RICHARD, et al.                                                                  DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1. Defendants' Motion to Compel (Doc. No. 87) be GRANTED.

2. Defendant's Motion for Sanctions (Doc. No. 91) be GRANTED.

3. Plaintiff's Complaint be DISMISSED without prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of May, 2016.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE